## **EXHIBIT D**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMAN JOHNSON | : | NO.: 3:13CV1531(WWE) |
| VS. | : | |
| STEPHEN D. PERRY | : | OCTOBER 27, 2014 |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

### INTERROGATORIES

1.      Please state the full name, residence address, business address, social security number, valid Connecticut motor vehicle operator's license number, and date of birth of the person answering these interrogatories.

### ANSWERS:

Norman Grafton Johnson

Social Security #
License #
D.O.B.

2.      Please identify how the defendant knew that your daughter was not good enough to play at a varsity championship level, as alleged in Count One, Paragraph 5 of the Complaint.

### ANSWER:

He verbally said so in front of my wife, daughter, Millie Arciniegas and myself.

3.      Please identify how the defendant pressured your daughter to remain on the varsity team, as alleged in Count One, Paragraph 6 of the Complaint.

**ANSWER:**

He told her she better suit up and he didn't want to hear anymore about it, and to stop making this all about you it's about the team. She also was called to his office, out of class on this subject. On one occasion he and the athletic director   (Chris Fulton) called her out of class and badgered her to stay on the team. He summoned my daughter to a meeting where he and (Chris Fulton) badgered her.

4.      Please identify how the defendant summoned you and your wife to a meeting, as alleged in Count One, Paragraph 8 of the Complaint.

**ANSWER:**

There were four different meetings.   The first meeting held was between my wife, daughter, Mr. Fulton and Ms. Millsaps.   During the meetings Ms. Millsaps never said a word.   Upon my wife leaving, my daughter was called into M.s Millsaps' office for a second meeting.   The next meeting was to be held with Mr. Perry, Mr. Fulton, Ms. Millsaps, and my family.   Only Mr. Fulton Showed for the third meeting.   The last meeting that was held was the meeting between Mr. Perry, my wife, daughter, Millie and myself.

5.      Please identify what the defendant was lying about, as alleged in Count One, Paragraph 10 of the Complaint.

**ANSWER.**

In fact the Plaintiff was lying about the fact that he told .       she better     suit  up  and play and he didn't want to hear anymore about it.

6.      Please identify all of the school events, and the dates of said events, from which you were banned, as alleged in Count One, Paragraph 11 of the Complaint.

## ANSWER:

5-30-13
Please see attached email dated 2-10-2013 stating that I'm not allowed to attend any events on or off school ground including but not limited to sports as of the February date, until commencement ceremony and would be reinstated afterwards.


7.      Please identify how, specifically, the defendant has harassed you, as alleged in Count One, Paragraph 12 of the Complaint.

## ANSWER:

He had me escorted off of school grounds for senior night and humiliated me at Mohegan Sun by having me removed from the game by six security guards. They informed me that the plaintiff stated that I was a threat to everyone in the   arena.


8.      List the name, address and occupation of each person known to you who witnessed or was present during the incidents alleged in the Complaint. For each such person, describe what you believe he or she witnessed.

## ANSWER:

The following witnessed the senior night incident:

The gym was full
Ka.              Student, 1
Leon Haberski- Father of student,

Ir              Student, address unknown (.
Victoria Dubois- Southern Connecticut State University
Arbadella Reese- Grandmother of Plaintiff's daughter, i

Bonnie Johnson- Mother of Plaintiff's daughter, (
                 · Daughter,
                 Daughter, (

The following witnessed the incident at Mohegan Sun:

I was escorted out by even security manager, Steve Rose and his tea, of 6-8       men. Along with 1 armed police officer with his hand on his weapon.

Plaintiff's son,
Plaintiff's daughter,
n- Plaintiff's daughte
Bonnie Johnson- Plaintiff's wife, t
Chris Fulton- school athletic director

9.   Please identify any documents which pertain to the allegations contained

in the Complaint.

**ANSWER:**

The defendants twitter account, emails, phone call log.

10.   Please identify any expert witness you have retained and/or contacted

with regard to the Complaint, and the substance and basis of any opinions rendered

thereupon.

**ANSWER:**

The following personnel were contacted regarding the incidents:
Millie- Board of Ed
Mr. Swan- Assistant Superintendent of Hartford Schools
Martha Bentam- Liason between parents, faculty, and students
Kristine- Superintendent of Hartford Schools
Judith- Assistant to Martha Bentam
Hartford Police Station
Dave- Capital Prep. Security Guard

11.   Please specifically identify the damages you allege that you suffered and

explain in detail how you arrived at each amount.

**ANSWER:**

The emotional distress, mental anguish and embarrassment this has caused my family
and I.   Let alone the fact that I was unable to attend any and all events with my

daughter. I couldn't pick her up from school unless I was down the street even if it was an emergency. Swan said he would send me a letter giving me permission. That never happened. Swan told me that the head of security informed him no parent has ever been banned from a school. As a family we attend many events with our daughter to both boys and girls games. The only event I was allowed to attend was graduation. Then the ban was back in effect. I'm very uncomfortable attending events since this has happened; people making comments about me looking at me like a bad person or criminal. I was also unable to attend my daughters Senior Social Justice Project. She worked on that project since her sophomore year and went to great lengths to complete it so that she could graduate. I was unable to attend the final presentation. As a result of Perry's attempts to belittle, embarrass, and harass my daughter (knowing I was banned from the school) her final grades suffered as well. My wife and I had to email the vice principal, Richard Beganski, about the grades that were blatantly incorrect. For example, in one class my daughter received and "A" one semester, "B" second semester, but somehow her final grad was calculated as an "F". As a result of the discrepancies on her transcript, I feel as though my daughter was unable to get into colleges that otherwise she could have.

12.     Please identify the names of any medical providers whose treatment you sought for emotional distress, as alleged in Count One, Paragraph 13 of the Complaint.

**ANSWER:**

N/A

13.     With respect to Paragraph 14 of Count One of the Complaint alleging that the defendant has deprived you of your right to peaceful assemble, in violation of the First Amendment of the United States Constitution, please:

a.     State in detail each fact presently known to you that forms the basis of these allegations; and

b.     Identify each person who has knowledge, or whom you intend to call as a witness at trial to support these allegations, and identify each document which corroborates or tends to corroborate such allegations.

**ANSWERS:**

    a. Please see e-mail attached by Dr. Stephen Perry stating we were no longer allowed on school grounds.

    b. At this point in the proceedings trial witnesses have not been contemplated, therefore they cannot be listed here.

       14.   With respect to Paragraph 14 of Count Two of the Complaint alleging that the defendant has deprived you of your right to equal protection of the law, in violation of the Fourteenth Amendment to the United States Constitution, please:

          a.   State in detail each fact presently known to you that forms the basis of these allegations; and

          b.   Identify-each person-who has-knowledge; or whom you intend to call as a witness at trial to support these allegations, and identify each document which corroborates or tends to corroborate such allegations.

**ANSWERS:**

    a. Please see e-mail attached by Dr. Stephen Perry stating we were no longer allowed on school grounds.

    b. At this point in the proceedings trial witnesses have not been contemplated, therefore they cannot be listed here.

       15.   With respect to Paragraph 14 of Count Three of the Complaint alleging that the defendant has deprived you of your right to due process of the law, in violation of the Fourteenth Amendment to the United States Constitution, please:

a.     State in detail each fact presently known to you that forms the basis

of these allegations; and

b.     Identify each person who has knowledge, or whom you intend to

call as a witness at trial to support these allegations, and identify

each document which corroborates or tends to corroborate such

allegations.

## ANSWERS:

a. Please see e-mail attached by Dr. Stephen Perry stating we were no longer allowed on school grounds.

b. At this point in the proceedings trial witnesses have not been contemplated, therefore they cannot be listed here.


16.     Please identify the extreme and outrageous conduct engaged in by the

defendant, as alleged in Paragraph 13 of Count Four of the Complaint.

## ANSWER:

The conduct of the Defendant Stephen Perry was outrageous by banning me from the school and not allowing me to have any contact with my daughter on or off the campus whether it is sports or anything that involved my daughter; also he continued to harass my daughter by harassing her from the time she entered the school grounds. My daughter was called down to the Defendant's office from class on several occasions to discuss basketball. The morning following senior night, the Defendant approached my daughter and stated, "Nice stunt you pulled last night." (Referring to ____ walking her best friend on senior night accompanied by a majority of her class) The Defendant continued to harass my daughter throughout the course of the year. One instance was not shaking her hand to acknowledge her entering the school like her would other students. The Defendant even went as far as not shaking my daughter's hand on graduation, but rather stepped to the side.
At an away game on March 12, 2012, my wife and I witnessed a parent, Leon Haberski arguing with Perry and said he would slap coach Mills. Nothing happened to him.

**PRODUCTION**

1.      Produce copies of any and all documents that you refer to in response to these Interrogatories, or that were reviewed or relied upon in responding to these Interrogatories.

**RESPONSE:**

Attached

2.      Produce copies of any and all written or recorded statements you have made concerning the subject matter of your Complaint.

**RESPONSE:**

Attached

3.      Produce copies of any and all written or recorded statements of any witnesses known to you or to your representatives concerning the subject matter of your Complaint.

**RESPONSE:**

Attached

4.      Produce copies of any and all documents that refer or relate to your responses to these Interrogatories.

**RESPONSE:**

Attached

5.      Produce copies of all reports, records, and documents which any expert(s) retained by you, reviewed, relied upon or was provided in connection with the Plaintiff's Complaint.

**RESPONSE:**

Attached

6.    Produce copies of itemized bills covering all special damages, losses and expenses claimed in this action.

**RESPONSE:**

N/A

7.    Produce copies of any records related to treatment you have received for emotional distress damages.

**RESPONSE:**

N/A

8.    Produce copies of any lawsuits filed against the Plaintiff or by the Plaintiff, within 10 years prior to June 2013.

**RESPONSE:**

N/A

## VERIFICATION

I, Norman Johnson, hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_Norman Johnson_
Norman Johnson

Subscribed and sworn to before me this 20th day of October, 2014

State of Ct: East
County of Hartford                    SS: Hartford

NOTARY PUBLIC/ COMMISSIONER
OF THE SUPERIOR COURT

Personally appeared, this 20th day of
October, 2014.

CHRISTINE A. APRUZESE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2018

THE PLAINTIFF

BY: _____

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
His Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was mailed, first-class, prepaid to:

Lori Mizerak, Esq., Assistant Corporation Counsel, 550 Main Street, Suite 210, Hartford, CT 06103.

_____

JOHN R. WILLIAMS

Print

**Subject:** Fw     Johnson Capital Prep

**From:**    Norman Johnson (normang1959@att.net)

**To:**      RLJHNIC@yahoo.com;

**Date:**    Thursday, June 20, 2013 11:08 AM

----- Forwarded Message -----
**From:** "Bentham, Marta" <MBentham@hartfordschools.org>
**To:** Norman Johnson <normang1959@att.net>
**Cc:** "Swan, Jonathan" <SWANJ002@hartfordschools.org>
**Sent:** Thu, January 31, 2013 6:40:22 PM
**Subject:** Re:      Johnson Capital Prep

Bonnie: I have consulted with Jonathan Swan, Assistant Superintendent, I waiting for his reply.

Sent from my iPhone

On Jan 30, 2013, at 3:24 PM, "Norman Johnson" <normang1959@att.net> wrote:

> Greetings Ms Bentham:
>
> I am sending you this correspondence to follow up the phone call made on Monday 1/28/13 in regards to the bullying situation that occurred involving my daughter.  I just wanted to know if there is something I should be doing at this point. What is the next step in this process?
>
> Thank you for your time.
>
> Bonnie Johnson
>
>
>
>
>
> Sent from my iPhone

Print

Subject:  Fw: Fwd:      Johnson Capital Prep

From:     Norman Johnson (normang1959@att.net)

To:       RLJHNIC@yahoo.com;

Date:     Thursday, June 20, 2013 10:42 AM

-------- Forwarded Message ----
From: Norman Johnson <normang1959@att.net>
To: normang1959@att.net
Sent: Tue, June 4, 2013 7:08:04 PM
Subject: Fwd,       Johnson Capital Prep

Sent from my iPhone

Begin forwarded message:

> **From:** Norman Johnson <normang1959@att.net>
> **Date:** January 31, 2013, 10:28:04 AM EST
> **To:** MBENTHAM@hartfordschools.org
> **Subject:**      Johnson Capital Prep

Good morning Ms Bentham:

I am sending this correspondence for the following:

My daughter    . Johnson was on the Varsity girls basketball team for 3 years.  Last
year a new coach was installed Tammy Millsaps.  Last year there were many problems so
I advised my daughter not to play this year.  Ms Millsaps and Mr. Fulton persuaded her to
play.      is the only player on the team that does not have any playing time. Monday
Ms Millsaps was told     would no longer be a member of the varsity team. She would
only play on the junior varsity team so that she would not loose her sport credit.
Yesterday during a basketball study hall coach Norige told the girls they could have a
snack.  Ms Millsaps screamed at my daughter to put away her snack.  We should she told
that she was given permission to eat, she told her to get out of the classroom.  On today I
received an e mail stating that     had to play in a varsity sr night game when she is no
longer on varsity.
I need for this type of harassment to end immediately.

Thank you

Bonnie Johnson

Print

Sent from my iPhone

Print

**Subject:** Fw      Johnson

**From:** Norman Johnson (normang1959@att.net)

**To:** RLJHNIC@yahoo.com;

**Date:** Thursday, June 20, 2013 11:07 AM

------ Forwarded Message ------
**From:** "Fulton, Christopher T." <FULTC001@hartfordschools.org>
**To:** Norman Johnson <normang1959@att.net>
**Sent:** Tue, February 5, 2013 3:47:48 PM
**Subject:** RE      Johnson

Mr. Johnson,

Please give me a call at your convenience. Need to discuss Senior Night.

Chris Fulton
860-324-6095

------Original Message------
From: Norman Johnson [mailto:normang1959@att.net]
Sent: Thursday, January 31, 2013 10:50 PM
To: perr002@hartfordschools.org
Cc: Fulton, Christopher T.; MILT004@hartfordschools.org; Bentham, Marta
Subject     Johnson

Dear Dr. Perry:
We are sending you this correspondence due to a bullying and harassing situation which originated with D
, Daima Privott,     Bonnie, and I     Johnson. After the game on last Saturday, my husband and
were going to have a word with Ms Millsaps about      being the ONLY player on the basketball team not
allowed any playing time. I did not want      to participate on the team this year due to all the drama she
suffered through last year. Ms Millsaps and Mr. Fulton persuaded     to play.
Which brings us to the drama that unfolded after Saturday's game. Daima Privott heard me say that I was
going to
discuss this matter with Ms Millsaps when she chimed in to say that I really did not expect     to play in a
fast paced game as this! Of course I was heated with that remark. After my husband was unsuccessful
discussing this matter with Ms Millsaps, he too was heated with Daima. And when he told her he didn't
appreciate her remark, she came back with let me go before I get mad! We all left to go to a birthday
celebration. I received a Facebook message from Daima (which I will share with you) when we meet. We had
to phone Ms Millsaps in order to get you phone number, she said she couldn't share it with us so we asked for
Mr. Fulton's number. Due to the nature of the Facebook messages and the threading Instagram messages.
We needed to contact you before      and      went back to school. Ms Millsaps was made aware of
everything that had transpired we asked her to tell you to contact us. Meanwhile made contact with Mr. Fulton.
A resolution had not been made. So I met with him and Ms Millsaps and assured me that everything would be
resolved on Monday. Ms Millsaps did not participate in the discussion at all. After I left she met with
alone at first, she told her that she could not guarantee her any playing time, she thought the whole incident
was petty, my husband came at her and that she would not fight fire with fire among other comments that we
need to discuss in person. We made a decision to remove      from the varsity team and play on jv only.
Bottom line Ms Millsaps continue to harrass my daughter by telling her during a study hall, that she could not
have a snack when Ms Norige gave permission for everyone to snack. She proceeds to scream at her and to

leave the classroom. My husband and I will be bringing ____ to school tomorrow because we all meet needs to focus on graduating, she absolutely cannot continue being harassed and bullied.
Mr. & Mrs. Norman Johnson
Sent from my iPhone

**Subject:**  Re: Senior Night at CP

**From:**  Felecia Bumpus (ballin4ever24@gmail.com)

**To:**  normang1959@att.net;

**Date:**  Sunday, February 10, 2013 12:00 PM

Good morning Bonnie and Norman! I am so sorry to inform you that ___ will not be in the Senior Night program if we have school tomorrow. I feel really bad about this decision but I am caught in the middle of this situation. I do not know any of the particulars about this situation and all I was told is that ___ will not be in the program, she will not be introduced or escorted to center court. Again I am so sorry. I will still make 10 programs with ___ and ___; I will give ___ her banner and basket before the JV game tomorrow. Talk to you soon, Felecia

Sent from my iPhone

On Jan 31, 2013, at 5:34 PM, Norman Johnson <normang1959@att.net> wrote:

> Hi Felecia
>
> I am sorry I didn't respond sooner so much going on ___ will definitely NOT being playing on the varsity team on Senior not. If you need me/
>
> Thanks Felecia!
>
> Sent from my iPhone
>
> On Jan 31, 2013, at 8:07 AM, Felecia Bumpus <ballin4ever24@gmail.com> wrote:
>
> > Hello Bonnie and Norman! I do not know what to do about this situation regarding ___ and Senior Night. Millsaps said that ___ is playing in the senior night game. I know I spoke with both of you and you said that ___ will not play. For the sake of my sanity, please let me know how I should proceed. I need to make the senior night booklet and program so I need to know what ___ i is going to do on Feb 11th. I know there is going to be JV game that night and this is our last home game before conference play. ___ will get her basketball banner and a gift basket from me but will she be in uniform and at the varsity game on Feb 11 to be introduced? If so, I have included a sample of ___ bio ___ can use to write her bio. I need this information by Monday. Please advised,

_......... has attended Capital Prep since the 8th grade. While at Capital Prep she has been a player on the varsity soccer and basketball teams. ......... has played varsity basketball and soccer for four years. ... is also a citizen of the world. She has volunteered at soup kitchens and cleaning up city parks as a high school student._

_Her extracurricular activities also included being a player on the Connecticut Heat and Northstars AAU Basketball Clubs ......... and her teammates have been CSC Conference Basketball Champions from 2008-2011. ......... has received the coaches, spirit, the trailblazer awards and all conference for both basketball and soccer._

has applied to 8 colleges and she has been accepted

Felecia B. Bumpus
University of Hartford
Director of Student Activities and Greek Life

be there to be escorted out to center court? If not, I can give her banner and flowers to her after the JV game. I know this was a tough decision for you and I completely understand. I am working on the booklet on Sunday during the game so I need to know her bio. Again if you do not want me to put her in the book, it's okay. Thanks, Felecia

On Thu, Jan 31, 2013 at 5:34 PM, Norman Johnson <normang1959@att.net> wrote:

Hi Felecia

I am sorry I didn't respond sooner so much going on        will definitely NOT being playing on the varsity team on Senior not.   If you need me

Thanks Felecia!

Sent from my iPhone

On Jan 31, 2013, at 8:07 AM, Felecia Bumpus <ballin4ever24@gmail.com> wrote:

Hello Bonnie and Norman!  I do not know what to do about this situation regarding )        and Senior Night. Millsaps said that        is playing in the senior game.  I know I spoke with both of you and you said that.      i will not play.  For the sake of my sanity, please let me know how I should proceed.  I need to make the senior night booklet and program so I need to know what        is going to do on Feb 11th.  I know there is going to be JV game that night and this is our last home game before conference play.  ____ will get her basketball banner and a gift basket from me but will she be in uniform and at the varsity game on Feb 11 to be introduced?  If so, I have included a sample of ….    s bio    …can use to write her bio.  I need this information by Monday.  Please advised,


*has attended Capital Prep since the 8th grade. While at Capital Prep she has been a player on the varsity soccer and basketball teams. K        1as played varsity basketball and soccer for four years. ……… Is also a citizen of the world.  She has volunteered at soup kitchens and cleaning up city parks as a high school student.*

*Her extracurricular activities also included being a
player on the Connecticut Heat and Northstars AAU
Basketball Clubs _____ and her teammates have been
CSC Conference Basketball Champions from 2008-
2011. ___ has received the coaches, spirit, the
trailblazer awards and all conference for both
basketball and soccer.*

has applied to 8 colleges and she has been
accepted

--

Felecia B. Bumpus
University of Hartford
Director of Student Activities and Greek Life

--

Felecia B. Bumpus
University of Hartford
Director of Student Activities and Greek Life

**Subject:**   Fw: Senior Night at CP

**From:**   Norman Johnson (normang1959@att.net)

**To:**   RLJHNIC@yahoo.com;

**Date:**   Thursday, June 20, 2013 11:08 AM

----- Forwarded Message -----
**From:** Felecia Bumpus <ballin4ever24@gmail.com>
**To:** Norman Johnson <normang1959@att.net>
**Cc:** Felecia Bumpus <ballin4ever24@gmail.com>
**Sent:** Fri, February 1, 2013 8:29:22 PM
**Subject:** Re: Senior Night at CP

Hello Bonnie & Norman! Sorry it took me so long to email you back but things have been a little
crazy lately. I know you said that [ ] will not play in the senior game on Feb 11 but she will play in
the JV game. I am trying to prepare the booklet for senior night and I need to know if you want me to
put [ ] in the booklet even though she will not play in senior night. Will [ ] i be there to be
escorted out to center court? If not, I can give her banner and flowers to her after the JV game. I
know this was a tough decision for you and I completely understand. I am working on the booklet on
Sunday during the game so I need to know her bio. Again if you do not want me to put her in the
book, it's okay. Thanks, Felecia

On Thu, Jan 31, 2013 at 5:34 PM, Norman Johnson <normang1959@att.net> wrote:
: Hi Felecia

: I am sorry I didn't respond sooner so much going on [ ] will definitely NOT being playing on the
: varsity team on Senior not. If you need me('
: Thanks Felecia!

: Sent from my iPhone

: On Jan 31, 2013, at 8:07 AM, Felecia Bumpus <ballin4ever24@gmail.com> wrote:

    Hello Bonnie and Norman! I do not know what to do about this situation
    regarding [ ] and Senior Night. Millsaps said that [ ] is playing in the
    senior night game. I know I spoke with both of you and you said that
    will not play. For the sake of my sanity, please let me know how I should
    proceed. I need to make the senior night booklet and program so I need to
    know what [ ] is going to do on Feb 11th. I know there is going to be JV
    game that night and this is our last home game before conference play.
    will get her basketball banner and a gift basket from me but will she be in
    uniform and at the varsity game on Feb 11 to be introduced? If so, I have

included a sample of ___ ___ bio ~ ~i can use to write her bio. I need this information by Monday.  Please advised,

*~s attended Capital Prep since the 8th grade. While at Capital Prep she has been a player on the varsity soccer and basketball teams. ~~~ has played varsity basketball and soccer for four years. ____ ~also a citizen of the world. She has volunteered at soup kitchens and cleaning up city parks as a high school student.*

*Her extracurricular activities also included being a player on the Connecticut Heat and Northstars AAU Basketball Clubs ~____a and her teammates have been CSC Conference Basketball Champions from 2008-2011. has received the coaches, spirit, the trailblazer awards and all conference for both basketball and soccer.*

____ has applied to 8 colleges and she has been accepted

Felecia B. Bumpus
University of Hartford
Director of Student Activities and Greek Life

Felecia B. Bumpus
University of Hartford
Director of Student Activities and Greek Life

**Subject:**  Fw: Fwd: Senior Night at CP

**From:**    Norman Johnson (normang1959@att.net)

**To:**      RLJHNIC@yahoo.com;

**Date:**    Thursday, June 20, 2013 10:41 AM

------ Forwarded Message -----
**From:** Norman Johnson <normang1959@att.net>
**To:** normang1959@att.net
**Sent:** Tue, June 4, 2013 7:11:13 PM
**Subject:** Fwd: Senior Night at CP

Sent from my iPhone

Begin forwarded message:

> **From:** Norman Johnson <normang1959@att.net>
> **Date:** February 2, 2013, 8:22:06 AM EST
> **To:** Felecia Bumpus <ballin4ever24@gmail.com>
> **Subject: Re: Senior Night at CP**
>
> Hi Felecial
>
> Yes ..., can be included in the booklet, I will send you her info ASAP! She also can be
> escorted out to center court.
> Thanks so much Felecia! It's been a grueling week for us, so much nonsense going on,
> again thanks for kindness and support !
>
> Bonnie
>
> Sent from my iPhone
>
> On Feb 1, 2013, at 8:29 PM, Felecia Bumpus <ballin4ever24@gmail.com> wrote:
>
>> Hello Bonnie & Norman!  Sorry it took me so long to email you back but
>> things have been a little crazy lately.  I know you said that     will not play
>> in the senior game on Feb 11 but she will play in the JV game.  I am trying to
>> prepare the booklet for senior night and I need to know if you want me to put
>>     in the booklet even though she will not play in senior night.  Will

**Subject:**   Tresspass

**From:**   Perry, Stephen D. (PERRS002@hartfordschools.org)

**To:**   normang1959@att.net;

**Cc:**   FULTC001@hartfordschools.org; BEGAR001@hartfordschools.org; FERGK001@hartfordschools.org;

**Date:**   Sunday, February 10, 2013 12:19 PM

Dear Mr. Norman Johnson,

This letter is to inform you that as of February 10, 2013, you are tresspssed from the Capital Preparatory Magnet School and its events, (including but not limited to sports both on and off campus), with the exception of commencement exercises on May 31, 2013; after which the tresspass will be reinstated. Disregarding this correspondence by coming to school grounds or to an event in which Capital Prep is a participant, will result in your immediate removal.

Your verbal altercations, physical intimidation and direct threats to staff have created an unsafe environment for staff, students and other parents and will no longer be tolerated.

A copy of this letter is being sent to the Hartford Board of Education and the Hartford Police Department as well as other communities and venues where the Capital Preparatory Magnet School's activities may occur.

We appreciate your attention to this matter and expect your full cooperation.

Regards,

Dr. Stephen Perry, MSW
Principal
The Capital Preparatory Magnet School

**Subject:** ., Johnson/ Bullying Harassing /Varsity Basketball

**From:** Norman Johnson (normang1959@att.net)

**To:** perr002@hartfordpublicschools.org;

**Cc:** begar001@harfordpublicschools.org; HALLG0032@hartfordpublicshools.org;

**Date:** Wednesday, February 6, 2013, 9:53 PM

Our names are Norman G. and Bonnie G. Johnson parents of _____ _. Johnson. It is imperative that you acknowledge this correspondence so that this bullying and harassment discontinue. On these dates you have pulled _ __ out of class 1/31/ 13, 2/1/13, 2/5/13, and 2/6/13 to discuss varsity basketball. After we told you that she is no longer a varsity basketball team player, due to her being targeted and harassed by Coach Tammy Millsaps. All of which knew or should have known about. Instead you refuse to acknowledge the phone conversations, the personal visits and written correspondence made. Instead you have taken ' out of class and demand that she play varsity basketball ignoring the fact that we told you she was not to play.         ''s on the junior varsity team and earning the second sports credit that is required of her. We are fully aware that '    . is being pursued to sit on the bench on the varsity team in order to complete the roster. That is something she nor we desire for her to do.

Please consider this as a formal request to meet with all of the above immediately. We do not expect any retaliation (mistaken grades) being glared at and having to defend herself against 3 adults knowing full well she is unevenly matched.

Mr. & Mrs. Norman G. Johnson
(860) 347-7995
(860) 748-7902
(860) 670-4237

**Subject:**  Fwd: Norman Johnson Incident Report

**From:**  Norman Johnson (normang1959@att.net)

**To:**  normang1959@att.net;

**Date:**  Monday, August 18, 2014 10:18 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Norman Johnson <normang1959@att.net>
> **Date:** April 2, 2013 at 12:21:22 PM EDT
> **To:** "jswan@hartfordschools.org" <jswan@hartfordschools.org>
> **Subject: Norman Johnson Incident Report**
>
> Dear Mr. Swan:
>
> Per our conversation last week, you stated that you would provide the incident report regarding threatening that I was accused of according to   Steve Perry at Capital Prep. I have phoned you several times and have not been successful reaching you, I did not receive a copy of that or the complaint filed in the mail.  Please send the copy of the complaint as well as the incident report.
>
> Thank you
>
> Sent from my iPhone

## VERIFICATION

I, Norman Johnson, hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Norman Johnson

Subscribed and sworn to before me this 20th day of October, 2014

State of CT: East
ss: Hartford
County of Hartford

_____
NOTARY PUBLIC/ COMMISSIONER
OF THE SUPERIOR COURT

Personally appeared, the 20th day of
October, 2014.

CHRISTINE A. APRUZESE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN, 31, 2018

027