UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMAN JOHNSON | : | |
| VS. | : | NO. 3:13cv1531(WWE) |
| STEPHEN D. PERRY | : | DECEMBER 1, 2017 |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the undersigned party requests that the Court enter a stipulation for dismissal in the above-entitled action as against the defendant with prejudice and without an award of costs and attorney fees.

THE PLAINTIFF

BY: _____/s/_____(ct28819)_____
ROSE LONGO-McLEAN (ct28819)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
r.l.mclean@johnrwilliams.com
His Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                              /s/
                      ROSE LONGO-McLEAN